IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUKE EDWARD BARTA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION No. 3:23-CV-00176-KRG |
| | ) | |
| v. | ) | JUDGE GIBSON |
| | ) | |
| KILOLO KIJAKAZI, | ) | *(Electronic Filing)* |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

AND NOW, this 29th day of November, 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE